# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**CASE NO. 2:22-CV-801**

ACCIDENT CLINIC OF SWFL, LLC, a Florida limited liability company,

    Plaintiff,

v.

HEALTH NETWORK ONE, INC., a Florida corporation,

    Defendant.

_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and Local Rule 1.06, Defendant Health Network One, Inc. ("Defendant"), by and through undersigned counsel, hereby removes this civil action from the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, to the United States District Court for the Middle District of Florida. Removal is appropriate and this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) because Plaintiff Accident Clinic of SWFL, LLC ("Plaintiff") brings suit under a federal statute, the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the

"TCPA"). This Notice of Removal is timely pursuant to 28 U.S.C. § 1446. In further support of this Notice of Removal, Defendant states as follows:

1. On November 14, 2022, Plaintiff filed the Class Action Complaint (the "Complaint") in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida (the "State Court Action"), asserting claims for violation of the TCPA (Count I) and conversion (Count II).

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06, a true and correct copy of the Complaint is attached hereto as **Exhibit 1.** A true and correct copy of the docket sheet in the State Court Action reflecting all process, pleadings, and orders which have been served upon Defendant is attached hereto as **Exhibit 2**. All remaining papers docketed in the State Court Action are combined and attached hereto as **Exhibit 3** (Civil Cover Sheet, Summons Submitted for Issuance, Standing Order in Circuit Civil Cases, and Return of Service on Summons Served).

3. Pursuant to 28 U.S.C. § 1446(d), Defendant will also file a copy of this Notice of Removal with the Clerk of the Twentieth Judicial Circuit, in and for Lee County, Florida, and serve Plaintiff with a copy of this Notice of Removal.

4. This Court has federal question jurisdiction over this civil action under 28 U.S.C. § 1331 because the Plaintiff asserts a claim arising under a federal statute, the TCPA. *See, e.g.*, Compl. ¶ 1. Removal is thus appropriate under 28 U.S.C. §

1441(a). The Court has supplemental jurisdiction over Plaintiff's state law conversion claim under 28 U.S.C. § 1367(a) because it is shares a common nucleus of operative fact with Plaintiff's TCPA claim.

5. This Notice of Removal is timely under 28 U.S.C. § 1446(b). Defendant was served in the State Court Action on November 28, 2022, **Ex. F**, and is filing this Notice of Removal within 30 days of service.

6. The Twentieth Judicial Circuit of the State of Florida is embraced by the Fort Myers Division of the United States District Court for the Middle District of Florida. Thus, venue is proper in this Court under 28 U.S.C. § 1441(a).

7. Defendant has filed this Notice of Removal to ensure timely removal to this Court. By effecting removal, Defendant does not waive any jurisdictional or other defenses available to it under the law. Nor does Defendant concede in any way that the allegations in the Complaint are accurate or state viable clams, or that Plaintiff is entitled to any damages.

**WHEREFORE**, Defendant requests that the above-described action pending in the Twentieth Judicial Circuit Court, in and for Lee County, Florida be removed to this Court.

Dated: December 16, 2022

Respectfully submitted,

/s/   *James E. Gillenwater*
**GREENBERG TRAURIG P.A.**
Mark A. Salky
Florida Bar No. 58221
salkym@gtlaw.com
James E. Gillenwater
Florida Bar No. 1013518
gillenwaterj@gtlaw.com
Gerald Atkins
Florida Bar No. 1032828
jake.atkins@gtlaw.com
333 SE 2nd Ave., Suite 4400
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ James E. Gillenwater*
JAMES E. GILLENWATER

Ryan M. Kelly
Bar No. 90110
Anderson + Wanca
3701 Algonquin Rd, Ste 500
Rolling Meadows, IL 60008
Telephone: (847)368-1500
Fax: (847)368-1501
Email: rkelly@andersonwanca.com

*Attorney for Plaintiff*