UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO. 2:22-CV-801- BADALAMENTI/MIZELL

ACCIDENT CLINIC OF SWFL, LLC,

    *Plaintiff,*

vs.

HEALTH NETWORK ONE, INC.,

    *Defendant.*
_____/

**DEFENDANT HEALTH NETWORK ONE, INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY**

Pursuant to Local Rule 3.01(d), Defendant Health Network One, Inc. ("Health Network One") moves for leave to file a seven-page reply to the Response to Defendant's Motion to Dismiss, [ECF No. 14] (the "Response"), filed by Plaintiff Accident Clinic of SWFL, LLC ("Plaintiff"). Health Network One makes this request so that it may address two issues presented in the Response that could not have been addressed in its Motion to Dismiss and which will aid the Court in the disposition of this matter.

*First*, Health Network One's proposed reply will address Plaintiff's characterization of the authorities that it relies upon in the Response. In at least two instances, Plaintiff's assertions regarding the holding and treatment of those cases

1

are mistaken. In all other instances, Plaintiff relies on cases which are materially distinguishable from the facts at issue here and Plaintiff's allegations.

*Second*, Health Network One seeks to address the pretext theory of liability that Plaintiff did not plead in the Complaint but relies on in the Response. Throughout the Response, Plaintiff argues that even if the fax at issue in this case is not directly an unsolicited advertisement, it is nonetheless covered by the TCPA because it a "pretext" for advertising. *See, e.g.*, Resp. at 7-10 (citing "pretext" cases). That theory must be pled, and Health Network One did not squarely address it in the Motion to Dismiss because Plaintiff proceeded under a direct theory of liability, rather than a pretextual one, in the Complaint. *See, e.g.*, Compl. ¶ 3 ("The Fax describes the commercial availability and/or quality of Defendant's property, goods or services . . . .").

If granted leave to file a short reply, Health Network One will not repeat arguments previously made and will, instead, address the issues discussed above. Health Network One respectfully requests that the Court enter an order granting it ten days from the date of the order to file a seven-page reply brief.[1]

---

[1] This Court has previously granted leave to file a reply in support of a motion dismiss, including in TCPA cases. *See, e.g.*, *TAG Lakeside, LLC v. Charlotte County*, No. 21-CV-00710 [ECF No. 32] (M.D. Fla. Jan. 7, 2022); *Scoma Chiropractic, P.A. v. Nat'l Spine & Pain Ctrs. LLC*, No. 20-CV-430, 2021 WL 949613, at *2 (M.D. Fla. Mar. 12, 2021); *Evans Energy Partners, LLC v. Seminole Tribe of Fla., Inc.*, 561 F. Supp. 3d 1171, 1173 (M.D. Fla. 2021); *Sandpiper Greens Condo. Ass'n v. Empire Indem. Ins. Co.*, No. 22-CV-00578, 2020 WL 7768947, at *3 n.1 (M.D. Fla. Dec. 30, 2020).

## **Local Rule 3.01(g) Certification**

Undersigned counsel for Health Network hereby certifies that they have conferred in good faith with Plaintiff's counsel and that Plaintiff does not oppose the relief requested herein.

Dated: February 7, 2023                                              Respectfully Submitted,

/s/     *Mark A. Salky*
**GREENBERG TRAURIG P.A.**
Mark A. Salky
Florida Bar No. 58221
salkym@gtlaw.com
James E. Gillenwater
Florida Bar No. 1013518
gillenwaterj@gtlaw.com
Gerald Atkins
Florida Bar No. 1032828
jake.atkins@gtlaw.com
333 SE 2nd Ave., Suite 4400
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 7th day of February, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      */s/ Mark A. Salky*
                                                      JAMES E. GILLENWATER

Ryan M. Kelly
Bar No. 90110
Anderson + Wanca
3701 Algonquin Rd, Ste 500
Rolling Meadows, IL 60008
Telephone:   (847)368-1500
Fax:              (847)368-1501
Email:           rkelly@andersonwanca.com

*Attorney for Plaintiff*